UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-mj-03829-LOUIS

UNITED STATES OF AMERICA

v.

JUAN ANDRES DONATO BAUTISTA,

    Defendant.
_____/

## UNSEALING ORDER

**THIS CAUSE** is before the Court on the Herring Networks, Inc.'s Motion to Intervene for the Limited Purpose of Unsealing the Court's Docket and Related Records. (ECF No. 7). The Court ordered the Government to respond and show cause why the case should not be unsealed. In response, the Government moved for an Order unsealing the case. Accordingly, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Unseal is **GRANTED**. The Clerk is directed to **UNSEAL** this case and all pleadings (ECF Nos. 1–9) which are currently filed under seal.

The Motion to Intervene (ECF No. 7) is **DENIED, as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of December, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE